UNITED STATES of America,
Plaintiff–Appellee

v.

Esequiel HERNANDEZ, Defendant–
Appellant.

No. 12–50029
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 21, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Joseph Dean Vasquez, Esq., Law Office of Joseph D. Vasquez, El Paso, TX, for Defendant–Appellant.

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM: *

Esequiel Hernandez appeals the reasonableness of the sentence imposed following his guilty plea to conspiracy to posses with intent to distribute marijuana. The Government has invoked the appellate waiver provision contained in his written plea agreement. *See United States v. Acquaye,* 452 F.3d 380, 381–82 (5th Cir.2006). Our review of the record reveals that the waiver was knowing and voluntary and that under the plain language of the plea agreement, it applies to the circumstances at

issue. *See United States v. Bond,* 414 F.3d 542, 544 (5th Cir.2005). Consequently, the waiver bars the instant appeal.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

